Entered on Docket
July 29, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



DORIS A. KAELIN
P.O. BOX 1582
SANTA CRUZ, CA 95061
TELEPHONE: (831) 600-8093
dktrustee@gmail.com

CHAPTER 7 TRUSTEE

The following constitutes the order of the Court.
Signed: July 29, 2020

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>KEMPIS, EILEEN M.,<br><br>Debtor. | ) Case No. 17-51357-MEH<br>)<br>) Chapter 7<br>)<br>) **Order Authorizing Payment of Debtor's**<br>) **Surplus Distribution Funds into the Court**<br>)<br>) **[No hearing requested]**<br>) |

Upon the Trustee's Ex Parte Application for Order Authorizing Payment of Debtor's Surplus Distribution Funds into the Court, and it appearing from the Application that the relief requested is appropriate, and that notice and a hearing are not necessary in connection with the Application, it is hereby ORDERED as follows:

1. The Application is approved; and

2. The Trustee is authorized to void the check to the Debtor in the amount of $102,989.00 representing the surplus distribution to the Debtor per the Trustee's Final Report (Dkt. 203), and pay the funds into the Court as unclaimed property pursuant to 11 U.S.C. section 347.

**END OF ORDER**

-1-

Court Service List

Debtor
Eileen M. Kempis
836 Pomeroy Ave. #68
Santa Clara, CA 95051