Doris A. Kaelin
P.O. Box 1582
Santa Cruz, CA 95061
(831) 600-8093
Trustee in Bankruptcy

FILED

AUG 11 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

In re:

KEMPIS, EILEEN M

Debtor(s)

Case No. 17-51357

Chapter 7

NOTICE OF UNCLAIMED DIVIDEND TURNED OVER TO THE CLERK IN THE AMOUNT OF $102,989.00 FOR DEBTOR EILEEN M. KEMPIS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011 and the ORDER AUTHORIZING PAYMENT OF DEBTOR'S SURPLUS DISTRIBUTION FUNDS INTO THE COURT (Dkt. 214), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividend(s) in the amount of $102,989.00. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| N/A* | Eileen M. Kempis<br>836 Pomeroy Ave. #68<br>Santa Clara, CA 95051 | N/A* | $102,989.00 |

*Dividend is surplus distribution to Debtor

Dated: August 7, 2020

Doris A. Kaelin, TRUSTEE