# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| In re: KEMPIS, EILEEN M | § | Case No. 17-51357-MEH |
| | § | |
| EILEEN KEMPIS | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Doris A. Kaelin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $7,309.00          Assets Exempt: $7,309.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $337,023.50     Claims Discharged
                                                 Without Payment: $12,697.00

Total Expenses of Administration: $134,987.50

---

3) Total gross receipts of $ 575,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 102,989.00 (see **Exhibit 2**), yielded net receipts of $472,011.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $43,000.00 | $296,070.32 | $324,575.59 | $324,575.59 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 134,987.50 | 134,987.50 | 134,987.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 300.00 | 300.00 | 300.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,397.00 | 12,147.91 | 12,147.91 | 12,147.91 |
| **TOTAL DISBURSEMENTS** | $64,397.00 | $443,505.73 | $472,011.00 | $472,011.00 |

4) This case was originally filed under Chapter 13 on June 05, 2017 and it was converted to Chapter 7 on October 04, 2018. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2020      By: /s/Doris A. Kaelin
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Check mailed to Trustee for Abstract of Judgment | 1249-002 | -7,500.00 |
| 836 Pomeroy Ave, #68, Santa Clara | 1110-000 | 575,000.00 |
| Abstract of Judgment by Eileen Kempis | 1249-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$575,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KEMPIS, EILEEN M | Dividend paid 100.00% on $102,989.00; Claim# SURPLUS; Filed: $102,989.00; Reference: | 8200-002 | 0.00 |
| Bankruptcy Court Clerk's Office | Surplus funds to Debtor paid into Court per Order (Dkt 214) | 8200-002 | 102,989.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$102,989.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -3 | John Perkins | 4110-000 | 20,000.00 | 146,211.31 | 152,570.41 | 152,570.41 |
| 4 | Twin Pines Condominium Community, Inc. | 4110-000 | 23,000.00 | 19,928.18 | 49,121.46 | 49,121.46 |
| 5 | National Cooperative Bank, N.A. | 4110-002 | N/A | 129,930.83 | 122,883.72 | 122,883.72 |
| **TOTAL SECURED CLAIMS** | | | **$43,000.00** | **$296,070.32** | **$324,575.59** | **$324,575.59** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Doris A. Kaelin | 2100-000 | N/A | 26,924.64 | 26,924.64 | 26,924.64 |
| Trustee Expenses - Doris A. Kaelin | 2200-000 | N/A | 0.50 | 0.50 | 0.50 |
| Attorney for Trustee Fees (Trustee Firm) - Gordon Rees Scully Mansukhani, LLP | 3110-000 | N/A | 41,550.00 | 41,550.00 | 41,550.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Gordon Rees Scully Mansukhani, LLP | 3120-000 | N/A | 618.37 | 618.37 | 618.37 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3410-000 | N/A | 2,677.50 | 2,677.50 | 2,677.50 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3420-000 | N/A | 80.74 | 80.74 | 80.74 |
| Other - TICOR Title Company of California | 2820-000 | N/A | 1,849.25 | 1,849.25 | 1,849.25 |
| Other - TICOR Title Company of California | 2500-000 | N/A | 5,356.50 | 5,356.50 | 5,356.50 |
| Other - TICOR Title Company of California | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| Other - TICOR Title Company of California | 3510-000 | N/A | 28,750.00 | 28,750.00 | 28,750.00 |
| Other - The Hutton Group, Inc | 3991-000 | N/A | 21,500.00 | 21,500.00 | 21,500.00 |
| Other - Andy Buchanan | 3520-000 | N/A | 5,380.00 | 5,380.00 | 5,380.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$134,987.50** | **$134,987.50** | **$134,987.50** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | IRS- Special Procedures | 5800-000 | N/A | 300.00 | 300.00 | 300.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$300.00** | **$300.00** | **$300.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | IRS- Special Procedures | 7100-000 | N/A | 100.00 | 100.00 | 100.00 |
| 3 | GOOD SAMARITAN HOSPITAL | 7100-000 | N/A | 426.16 | 426.16 | 426.16 |
| 3I | GOOD SAMARITAN HOSPITAL | 7990-000 | N/A | 14.64 | 14.64 | 14.64 |
| 6 | US Department of Education | 7100-000 | 8,700.00 | 11,208.30 | 11,208.30 | 11,208.30 |
| 6I | US Department of Education | 7990-000 | N/A | 385.06 | 385.06 | 385.06 |
| 1PI | IRS- Special Procedures | 7990-000 | N/A | 10.31 | 10.31 | 10.31 |
| 1UI | IRS- Special Procedures | 7990-000 | N/A | 3.44 | 3.44 | 3.44 |
| NOTFILED | Kaiser Permanente | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Breast Imaging Specialists | 7100-000 | 430.00 | N/A | N/A | 0.00 |
| NOTFILED | USCB Inc. | 7100-000 | 2,867.00 | N/A | N/A | 0.00 |
| NOTFILED | ACS Education Services | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Williams and Fudge | 7100-000 | 4,900.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,397.00 | $12,147.91 | $12,147.91 | $12,147.91 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-51357-MEH  
**Case Name:** KEMPIS, EILEEN M

**Trustee:** (001750) Doris A. Kaelin  
**Filed (f) or Converted (c):** 10/04/18 (c)  
**§341(a) Meeting Date:** 11/01/18

**Period Ending:** 09/08/20

**Claims Bar Date:** 01/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   836 Pomeroy Ave, #68, Santa Clara<br>    Order approving sale (Dkt 192)<br>Report of Sale (Dkt. 194) | 550,000.00 | 313,622.00 | | 575,000.00 | FA |
| 2   2001 Ford Escape<br>    Per Debtor schedules, 206,000 miles | 1,109.00 | 0.00 | | 0.00 | FA |
| 3   1971 VW SuperBeetle<br>    Per Debtor 150,000 miles; in poor condition | 1,000.00 | 0.00 | | 0.00 | FA |
| 4   HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5   ELECTRONICS<br>    Per schedules, 2 televisions, 4 computers, cell phone | 1,000.00 | 0.00 | | 0.00 | FA |
| 6   WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7   JEWELRY<br>    Per Debtor, costume jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 8   Cash | 400.00 | 0.00 | | 0.00 | FA |
| 9   VOID | 0.00 | 0.00 | | 0.00 | FA |
| 10   VOID | 0.00 | 0.00 | | 0.00 | FA |
| 11   Savings Bond | 500.00 | 0.00 | | 0.00 | FA |
| 12   VOID | 0.00 | 0.00 | | 0.00 | FA |
| 13   Real estate license | 0.00 | 0.00 | | 0.00 | FA |
| 14   Abstract of Judgment by Eileen Kempis (u)<br>    Debtor previously recorded an Abstract of Judgment against Asset #1 which had to be disbursed separately from escrow. Sale Order (Dkt. 192) provides the funds are be paid to trustee to satisfy the Abstract | 0.00 | 7,500.00 | | 7,500.00 | FA |
| **14**   **Assets**   **Totals** (Excluding unknown values) | **$557,309.00** | **$321,122.00** | | **$582,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    6-5-17 Case filed under Chapter 13  
    10-4-18 Case converted to Chapter 7. Trustee investigating the equity in the property. Contact Cornerstone Title for vesting deed and outstanding liens. Contact Andy Buchanan, Keller Williams, for preliminary valuation. Contact attorneys for National Cooperative Bank, N.A. who obtained relief from the automatic stay during the chapter 13 case

Case: 17-51357   Doc# 217   Filed: 09/11/20   Entered: 09/11/20 10:04:59   Page 6 of 14

Printed: 09/08/2020 02:26 PM   V.14.66

Exhibit 8
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-51357-MEH  
**Case Name:** KEMPIS, EILEEN M  

**Trustee:** (001750) Doris A. Kaelin  
**Filed (f) or Converted (c):** 10/04/18 (c)  
**§341(a) Meeting Date:** 11/01/18  

**Period Ending:** 09/08/20  
**Claims Bar Date:** 01/15/19  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10-5-18 send list of document requests to Debtor's counsel. Contact HOA to find out balance owing and status of any action against the real property; contact The Hutton Group to make introduction and find out status of conversion of the Property from a co-op to a condominium

10-6-18 Trustee correspondence/email to Debtor re duty to cooperate and initial documents needed; there appears to be significant equity in the real property. Trustee has alerted Debtor that agent Andy Buchanan will be calling her to arrange a walk through

10-9-18 application filed to employ counsel (Dkt. 140), and application to employ accountant (Dkt. 142)

10-10-18 Debtor has not contacted agent; send follow-up email to Debtor/counsel with additional information needed for tax evaluation

10-17-18 file request for notice of possible dividend

10-24-18 Debtor has responded and agrees to provide agent access to view property tomorrow. Debtor has also committed to providing outstanding documents

10-30-18 Agent provided access to property but no documents have been provided

11-1-18 per Debtor's testimony at the 341 meeting, she is paying the mortgage monthly and keeping it current; the HOA dues are not current. Trustee reviewed the assets on the petition that still existed on the conversion date and those are the assets included for administration. Debtor did not acquire any assets after she filed bankruptcy, and she testified there were no unpaid debts incurred in the chapter 13 case

11-27-18 accountant analysis that there are estimated to be only nominal taxes upon sale of the condo unit upon conversion

12-20-18 application to employ The Hutton Group filed (condo conversion agent)(Dkt. 155)

1-23-19 substitution of attorney filed: Brette Evans is new counsel for Debtor

2-7-19 hearing on motion to approve agreement with The Hutton Group (motion granted)

2-28-19 conversion documents to Debtor's counsel (re conversion of unit to condo)

4-16-19 No reponse from Debtor/counsel re conversion documents. Hutton Group to prepare documents to be executed at closing

4-17-19 Order authorizing employment of Intero order signed (Dkt. 172) ; correspondence to Debtor re cooperation with agent and listing

4-30-19 order entered on Motion to Compel requiring Debtor to cooperate (Dkt. 175)

5-3-19 motion filed for surrender of property as Debtor has not contacted Trustee's agent or provided key or cooperated per order; Order granting motion for Debtor's counsel to withdraw (Dkt. 179)

5-7-19 court has entered order for surrender of the property and to remove all personal property (Dkt 180)

5-16-19 no response from Debtor

5-22-19 Writ of Possession of Real Property issued by Clerk's Office

6-19-19 meet at the Pomeroy property for eviction by US Marshals, locks changed by locksmith

7-11-19 Call with agent: the Debtor has removed substantially all of the personal property per access provided on multiple days

7-29-19 ex parte application filed to allow agent to advance up to $4500 for clean up/disposal and new paint and carpet to improve marketability

8-15-19 property is on MLS, marketing includes open houses

9-26-19 sign offer at $575,000 (buyer: Thomas Benfield-Greaves) with addendum providing language by The Hutton Group re conversion to condo

10-8-19 motion to approve sale of property filed (Dkt. 189)

10-15-19 Trustee review of preliminary title report provided shows the Debtor has an undisclosed abstract of judgment recorded against the property from the time period she was asserting claim of ownership of the unit

10-31-19 no objections to sale received and no overbids

11-4-19 Sale Order entered (Ckt. 51)

11-25-19 review final seller statement and return to TICOR. Trustee has reviewed claims. No objections required

11-27-19 closing of sale

11-28-19 receipt net sale proceeds received by wire; awaiting final closing statement to complete accounting of disbursements and preparation of Report of Sale; also

Printed: 09/08/2020 02:26 PM V.14.66
Case: 17-51357 Doc# 217 Filed: 09/11/20 Entered: 09/11/20 10:04:59 Page 7 of 14

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-51357-MEH  
**Case Name:** KEMPIS, EILEEN M  

**Trustee:** (001750) Doris A. Kaelin  
**Filed (f) or Converted (c):** 10/04/18 (c)  
**§341(a) Meeting Date:** 11/01/18  

**Period Ending:** 09/08/20  
**Claims Bar Date:** 01/15/19  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

$7500 was separately paid to trustee by check on account of the Abstract of Judgment held by Debtor on the property, as provided by the Sale Order

12-3-19 receive $7500 check from TICOR on Abstract of Judgment by Debtor; send Form 2 to accountant

12-4-19 email Debtor requesting she file a notice of change of address with the Court for purposes of future notices and her surplus distribution

12-11-19 review and sign Trustee statement re accountant's final fee application

12-12-19 Review final estate income tax returns; submit same (per accountant, no taxes owing)

2-8-20 approve fee application of counsel; prepare TFR

2-12-20 POC 4 filed as unsecured; trustee has contacted United Trustee Services who filed the claim to confirm treatment as secured and that claim is fully satisfied (the claim was for HOA dues paid from the sales proceeds)

2-14-20 acknowledgment received from United Trust Services re treatment of POC 4 and confirming no amounts owing

2-17-20 Submit TFR

4-1-20 United Bank has become People's United Bank; estate accounts transitioned by Stretto

4-20-20 Estate accounts transitioned from People's United Bank to Metropolitan Bank

5-8-20 orders entered on fee applications/TFR; issue distributions

7-29-20 Order Authorizing Payment of Debtor's Surplus Distribution Funds into the Court (Dkt. 214)

8-11-20 Notice of Unclaimed Dividend Turned Over to the Clerk in the Amount of $102,989.00 for Debtor Eileen M. Kempis (Dkt 216)

9-8-20 Zero bank statement received; submit TDR

**Initial Projected Date Of Final Report (TFR):** October 4, 2019  
**Current Projected Date Of Final Report (TFR):** February 17, 2020 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-51357-MEH | | Trustee: | Doris A. Kaelin (001750) |
|---|---|---|---|---|
| Case Name: | KEMPIS, EILEEN M | | Bank Name: | People's United Bank |
| | | | Account: | ********4729 - Checking Account |
| Taxpayer ID #: | **-***3469 | | Blanket Bond: | $67,398,068.00 (per case limit) |
| Period Ending: | 09/08/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/27/19 | | TICOR Title Company of California | Net proceeds re sale of real property | | | 205,186.82 | | 205,186.82 |
| | {1} | | Contract sale price/gross proceeds | 575,000.00 | 1110-000 | | | 205,186.82 |
| | | | Pro rated real property taxes | -1,849.25 | 2820-000 | | | 205,186.82 |
| | | | Closing costs | -5,356.50 | 2500-000 | | | 205,186.82 |
| | | | HOA transfer fee | -300.00 | 2500-000 | | | 205,186.82 |
| | | Twin Pines Condominium Community, Inc. | HOA assessments, collection costs | -49,121.46 | 4110-000 | | | 205,186.82 |
| | | | Real estate commissions split 50-50 seller/buyer agents | -28,750.00 | 3510-000 | | | 205,186.82 |
| | | National Cooperative Bank, N.A. | Lender: National Cooperative Bank, N.A. | -124,365.56 | 4110-000 | | | 205,186.82 |
| | | John Perkins | Attorney lien | -152,570.41 | 4110-000 | | | 205,186.82 |
| | | | Check mailed to Trustee for Abstract of Judgment of Eileen Kempis | -7,500.00 | 1249-002 | | | 205,186.82 |
| 11/29/19 | 101 | The Hutton Group, Inc | Payment of fee as condo conversion agent (per Order, Dkt 192) | | 3991-000 | | 21,500.00 | 183,686.82 |
| 11/29/19 | 102 | Andy Buchanan | Expense reimbursement re sale of real property (Order, Dkt. 192) | | 3520-000 | | 5,380.00 | 178,306.82 |
| 12/03/19 | {14} | TICOR TITLE COMPANY | Payment from sale proceeds re Abstract of Judgment recorded by Debtor prior to petition date, paid to Trustee per demand | | 1249-000 | 7,500.00 | | 185,806.82 |
| 01/02/20 | | National Cooperative Bank, N.A. | Refund of excess proceeds paid to National Cooperative Bank,N.A. per payoff demand re sale of real property | | 4110-002 | | -1,481.84 | 187,288.66 |
| 04/01/20 | | To Account #******4729 | Transfer of funds due to partner bank servicer transition | | 9999-000 | | 187,288.66 | 0.00 |
| | | | ACCOUNT TOTALS | | | 212,686.82 | 212,686.82 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 187,288.66 | |
| | | | Subtotal | | | 212,686.82 | 25,398.16 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $212,686.82 | $25,398.16 | |

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 17-51357-MEH | | Trustee: | Doris A. Kaelin (001750) |
|---|---|---|---|---|
| Case Name: | KEMPIS, EILEEN M | | Bank Name: | People's United Bank |
| | | | Account: | ******4729 - Checking Account |
| Taxpayer ID #: | **-***3469 | | Blanket Bond: | $67,398,068.00 (per case limit) |
| Period Ending: | 09/08/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/20 | | Merger Transfer from XXXXXXXX4729 | | 9999-000 | 187,288.66 | | 187,288.66 |
| 04/17/20 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******1930 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******1930 | 9999-000 | | 187,288.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 187,288.66 | 187,288.66 | $0.00 |
| | | | Less: Bank Transfers | | 187,288.66 | 187,288.66 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-51357-MEH | **Trustee:** Doris A. Kaelin (001750) |
| **Case Name:** KEMPIS, EILEEN M | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******7335 - Checking Account |
| **Taxpayer ID #:** **-***3469 | **Blanket Bond:** $67,398,068.00 (per case limit) |
| **Period Ending:** 09/08/20 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Case: 17-51357    Doc# 217    Filed: 09/11/20    Entered: 09/11/20 10:04:53    Page 11 of 14

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-51357-MEH  
**Case Name:** KEMPIS, EILEEN M  

**Taxpayer ID #:** **-***3469  
**Period Ending:** 09/08/20  

**Trustee:** Doris A. Kaelin (001750)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******7424 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 187,288.66 | | 187,288.66 |
| 05/08/20 | 20103 | KEMPIS, EILEEN M | Dividend paid 100.00% on $102,989.00; Claim# SURPLUS; Filed: $102,989.00; Reference:<br>Voided on 07/29/20 | 8200-002 | | 102,989.00 | 84,299.66 |
| 05/08/20 | 20104 | Doris A. Kaelin | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 26,925.14 | 57,374.52 |
| | | | Dividend paid 100.00%  26,924.64 on $26,924.64; Claim# ; Filed: $26,924.64 | 2100-000 | | | 57,374.52 |
| | | | Dividend paid 100.00%  0.50 on $0.50; Claim# ; Filed: $0.50 | 2200-000 | | | 57,374.52 |
| 05/08/20 | 20105 | GOOD SAMARITAN HOSPITAL | Combined Check for Claims#3,3I | | | 440.80 | 56,933.72 |
| | | | Dividend paid 100.00%  426.16 on $426.16; Claim# 3; Filed: $426.16 | 7100-000 | | | 56,933.72 |
| | | | Dividend paid 100.00%  14.64 on $14.64; Claim# 3I; Filed: $14.64 | 7990-000 | | | 56,933.72 |
| 05/08/20 | 20106 | Gordon Rees Scully Mansukhani, LLP | Combined Check for Claims#et_al. | | | 42,168.37 | 14,765.35 |
| | | | Dividend paid 100.00%  41,550.00 on $41,550.00; Claim# ; Filed: $41,550.00 | 3110-000 | | | 14,765.35 |
| | | | Dividend paid 100.00%  618.37 on $618.37; Claim# ; Filed: $618.37 | 3120-000 | | | 14,765.35 |
| 05/08/20 | 20107 | IRS- Special Procedures | Combined Check for Claims#1U,1P,1PI,1UI | | | 413.75 | 14,351.60 |
| | | | Dividend paid 100.00%  100.00 on $100.00; Claim# 1U; Filed: $100.00 | 7100-000 | | | 14,351.60 |
| | | | Dividend paid 100.00%  300.00 on $300.00; Claim# 1P; Filed: $300.00 | 5800-000 | | | 14,351.60 |
| | | | Dividend paid 100.00%  10.31 on $10.31; Claim# 1PI; Filed: $10.31 | 7990-000 | | | 14,351.60 |

Subtotals: $187,288.66   $172,937.06

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-51357-MEH | **Trustee:** Doris A. Kaelin (001750) |
| **Case Name:** KEMPIS, EILEEN M | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******7424 - Checking Account |
| **Taxpayer ID #:** **-***3469 | **Blanket Bond:** $67,398,068.00 (per case limit) |
| **Period Ending:** 09/08/20 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% 3.44 on $3.44; Claim# 1UI; Filed: $3.44 | 7990-000 | | | 14,351.60 |
| 05/08/20 | 20108 | Kokjer, Pierotti, Maiocco & Duck LLP | Combined Check for Claims#et_al. | | | 2,758.24 | 11,593.36 |
| | | | Dividend paid 100.00% 2,677.50 on $2,677.50; Claim# ; Filed: $2,677.50 | 3410-000 | | | 11,593.36 |
| | | | Dividend paid 100.00% 80.74 on $80.74; Claim# ; Filed: $80.74 | 3420-000 | | | 11,593.36 |
| 05/08/20 | 20109 | US Department of Education | Combined Check for Claims#6,6I | | | 11,593.36 | 0.00 |
| | | | Dividend paid 100.00% 11,208.30 on $11,208.30; Claim# 6; Filed: $11,208.30 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 385.06 on $385.06; Claim# 6I; Filed: $385.06 | 7990-000 | | | 0.00 |
| 07/29/20 | 20103 | KEMPIS, EILEEN M | Dividend paid 100.00% on $102,989.00; Claim# SURPLUS; Filed: $102,989.00; Reference: Voided: check issued on 05/08/20 | 8200-002 | | -102,989.00 | 102,989.00 |
| 08/07/20 | 20110 | Bankruptcy Court Clerk's Office | Surplus funds to Debtor paid into Court per Order (Dkt 214) | 8200-002 | | 102,989.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 187,288.66 | 187,288.66 | $0.00 |
| | | | Less: Bank Transfers | | 187,288.66 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 187,288.66 | |
| | | | Less: Payments to Debtors | | | 102,989.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$84,299.66** | |

| | |
|---|---|
| Net Receipts : | 212,686.82 |
| Plus Gross Adjustments : | 362,313.18 |
| Less Payments to Debtor : | 102,989.00 |
| Less Other Noncompensable Items : | -8,981.84 |
| Net Estate : | $480,992.84 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********4729 | 212,686.82 | 25,398.16 | 0.00 |
| Checking # ******4729 | 0.00 | 0.00 | 0.00 |
| Checking # ******7335 | 0.00 | 0.00 | 0.00 |
| Checking # ******7424 | 0.00 | 84,299.66 | 0.00 |
| | $212,686.82 | $109,697.82 | $0.00 |

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 17-51357-MEH | **Trustee:** | Doris A. Kaelin (001750) |
| --- | --- | --- | --- |
| **Case Name:** | KEMPIS, EILEEN M | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account:** | ******7424 - Checking Account |
| **Taxpayer ID #:** | **-***3469 | **Blanket Bond:** | $67,398,068.00 (per case limit) |
| **Period Ending:** | 09/08/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |